| PROB 22<br>(Rev. 2/88) | **CR 07 00534**<br>TRANSFER OF JURISDICTION<br>FILED | | DOCKET NUMBER *(Tran. Court)*<br>CC10-A2021432-OP9 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>2007 AUG 10 P 3: 24<br><br>Christopher Martinez<br>657 Enright Avenue         RICHARD W. WIEKING<br>Santa Clara, California 95050    CLERK<br>                                U.S. DISTRICT COURT<br>                                NO. DIST. OF CA. S.J. | DISTRICT<br>California | DIVISION<br>Central |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>Honorable Oswald Parada | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br>05/11/06 | TO<br>05/10/09 |

**OFFENSE**
18 USC 7 & 13 CVC 23152(a)(b): DUI-Driving while under the influence of drugs and/or alcohol with ABAC level greater than 08%.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____CENTRAL____ DISTRICT OF ____CALIFORNIA____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **NORTHERN DISTRICT OF CALIFORNIA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5/31/07_                                                                                  _[signature]_
Date                                                                                    United States ~~District~~ Judge
                                                                                                    Magistrate

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Northern____ DISTRICT OF ____California____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_8/7/07_                                                                    _Ronald M. Whyte_
Effective Date                                                              United States District Judge