# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

Yador J. Harrell
*CHIEF U.S. PROBATION OFFICER*



Please reply to:
280 S. First Street
San Jose, CA 95113-3003
TEL: (408) 535-5200
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884 ; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

October 8, 2008

The Honorable Richard Seeborg
United States Magistrate Judge

**FILED**

OCT 10 2008

NORTHERN DISTRICT COURT
DISTRICT OF CALIFORNIA
SAN JOSE

Re:   Christopher Martinez
      Docket No.: CR 07-00534 RS
      <u>TRAVEL REQUEST</u>

Your Honor:

On May 11, 2006, the offender was sentenced by U.S. Magistrate Judge Parada of the Central District of California to three (3) year term of probation for a violation of the following: DUI-Driving while under the influence of drugs and/or alcohol with ABAC Level greater than 08%- 18 U.S.C. § 7 & 13, CVC 23152(a)(b). The offender was ordered to comply with the standard conditions of supervision. Supervision commenced on May 11, 2006.

Mr. Martinez is requesting permission to travel to Germany from December 27, 2008 to January 4, 2009, for the purpose of visiting his friends. On October 8, 2008, I contacted Rudy Wazniak of the German Consulate and confirmed that there was no objections in allowing the offender to travel.

The offender is a full time student at De Anza College and he provides full time care for his five-year-old son. He has no prior criminal history. He has been in compliance with the terms and conditions of his supervision and has satisfied all financial obligation. He has strong family ties in the Bay Area and does not appear to be a flight risk

The Assistant United States Attorney, Jeffrey Nedrow, was advised of the travel request and he does not oppose to the probation officer's recommendation.

The undersigned recommends that travel be approved. It is respectfully requested that the court give the probation office discretion to approve any future international travel.

NDC-SUPV-049 11/14/05

Christopher Martinez  Page 2
CR 07-00534

Respectfully submitted,                          Reviewed by:

_____                        _____
Janie Zhuang                                     Susan Portillo
U.S. Probation Officer                           Supervisory U.S. Probation Officer

International travel is:

☒ Approved
☐ Denied
☐ Other

__10/9/08_____                              _____
Date                                             Richard Seeborg
                                                 United States Magistrate Judge